HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, an individual, | CASE NO. 2:24-cv-00447-JCC |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |
| v. | |
| ESURANCE INSURANCE COMPANY, a foreign insurance company, and JOHN DOE CORPORATION, a foreign corporation, | NOTED ON MOTION CALENDAR: SEPTEMBER 30, 2024 |
| Defendant. | |

THIS MATTER, having come before the Court on the Stipulated Motion to Continue Trial and Pretrial Deadlines, and the Court having considered the Stipulated Motion and all documents filed in relation thereto, and being fully advised, the Court finds and rules as follows:

IT IS HEREBY ORDERED and GRANTED as follows:

Good cause exists for a short trial continuance. The parties request for a 90-day continuance is GRANTED.  The amended case schedule is below:

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL DEADLINES - 1
(2:24-cv-00447-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4854-4063-1019.1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff | January 21, 2025 | April 21, 2025 |
| Mediation Deadline | February 3, 2025 | May 5, 2025 |
| Dispositive Motion Deadline | February 18, 2025 | May 20, 2025 |
| Motions in Limine | May 9, 2025 | August 8, 2025 |
| Pretrial Order | May 9, 2025 | August 8, 2025 |
| Proposed verdict forms, voir dire and jury instructions | May 12, 2025 | August 11, 2025 |
| Trial Brief | May 15, 2025 | August 14, 2025 |
| Trial Date | May 19, 2025 | August 18, 2025 |

DATED: October 1, 2024

John C. Coughenour
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL DEADLINES - 2
(2:24-cv-00447-JCC)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4854-4063-1019.1

1

2 *Presented by:*

3 **GRELISH LAW PLLC**
s/ Kristine A. Grelish

4 Kristine A. Grelish, WSBA No. 37175
1606 148th Avenue SE, Suite 200

5 Bellevue, WA 98007
(206) 257-6555

6 kristine@grelishlaw.com

7 **CASCADE LAW, PLLC**

8 s/ Joseph W. Moore
Joseph W. Moore, WSBA No. 44061

9 2707 Colby Ave, Suite 1420
Everett, WA 98201

10 (425) 998-8999
joseph@cascade.law

11

12 ***Attorneys for Plaintiff***

13

**WILLIAMS, KASTNER & GIBBS PLLC**

s/Eliot M. Harris
Eliot M. Harris, WSBA # 36590
Katharine M. Miller, WSBA # 57777
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
eharris@williamskastner.com
kmiller@williamskastner.com

***Attorneys for Defendants Esurance Insurance Company***

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL DEADLINES - 3
(2:24-cv-00447-JCC)

4854-4063-1019.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600