HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign insurance company, and JOHN DOE CORPORATION, a foreign corporation,<br><br>    Defendants. | CASE NO. 2:24-cv-00447-JCC<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES<br><br>**NOTE ON MOTION CALENDAR**:<br>January 27, 2025 |

THIS MATTER, having come before the Court on the Stipulated Motion to Continue Trial and Pretrial Deadlines, and the Court having considered the Stipulated Motion and all documents filed in relation thereto, and being fully advised, the Court finds and rules as follows:

IT IS HEREBY ORDERED and GRANTED as follows:

Good cause exists for a short trial continuance. The parties request for a 90-day continuance is GRANTED. The amended case schedule is below:

**[PROPOSED]** ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES - 1
(2:44-cv-00447-JCC )

4918-1131-2913.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff | April 21, 2025 | July 21, 2025 |
| Mediation Deadline | May 5, 2025 | August 4, 2025 |
| Dispositive Motion Deadline | May 20, 2025 | August 19, 2025 |
| Motions in Limine | August 8, 2025 | November 7, 2025 |
| Pretrial Order | August 8, 2025 | November 7, 2025 |
| Proposed verdict forms, voir dire and jury instructions | August 11, 2025 | November 10, 2025 |
| Trial Brief | August 14, 2025 | November 13, 2025 |
| Trial Date | August 18, 2025 | November 17, 2025 |

DATED this 27th day of January, 2025.

_____
John C. Coughenour
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES - 2
(2:44-cv-00447-JCC )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4918-1131-2913.1

*Presented by:*

| | |
|---|---|
| **GRELISH LAW, PLLC** | **WILLIAMS, KASTNER & GIBBS PLLC** |
| *s/Kristine A. Grelish* | *s/Eliot M. Harris* |
| Kristine A. Grelish, WSBA No. 37175 | Eliot M. Harris, WSBA # 36590 |
| 1606 148th Avenue SE, Suite 200 | Katharine M. Miller, WSBA # 57777 |
| Bellevue, WA 98007 | **WILLIAMS, KASTNER & GIBBS PLLC** |
| (206) 257-6555 | 601 Union Street, Suite 4100 |
| kristine@grelishlaw.com | Seattle, WA 98101-2380 |
| | Telephone: (206) 628-6600 |
| **CASCADE LAW, PLLC** | Fax: (206) 628-6611 |
| *s/Joseph W. Moore* | eharris@williamskastner.com |
| Joseph W. Moore, WSBA No. 44061 | kmiller@williamskastner.com |
| 2707 Colby Ave, Suite 1420 | |
| Everett, WA 98201 | ***Attorneys for Defendant Esurance Insurance Company*** |
| (425) 998-8999 | |
| joseph@cascade.law | |

***Attorneys for Plaintiff***

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES - 3
(2:44-cv-00447-JCC )

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4918-1131-2913.1