THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, | CASE NO. C24-0447-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ESURANCE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's LCR 7(h) motion for reconsideration (Dkt. No. 66). Defendant seeks clarification on what discovery remains outstanding (which the Court ordered Defendant to produce). (*See generally id.*) Plaintiff may file a response to Defendant's reconsideration motion (clarifying what discovery specific to the Court's prior order which Plaintiff believes remains outstanding) no later than August 26, 2025. Plaintiff's response should not exceed six (6) pages of argument. Defendant may file a reply by August 29, 2025, not to exceed three (3) pages of argument.

In light of the briefing described above, the Court REVISES the supplemental briefing schedule re: attorney fees on Plaintiff's motion to compel (Dkt. No. 50). (*See* Dkt. No. 59 at 7.) Specifically, Defendant's initial deadline to file a supplemental brief (previously due within 7

days of Plaintiff's original brief—filed August 14, 2024) is hereby STRICKEN. Instead, Plaintiff may file a revised supplemental brief on attorney fees, once briefing on the reconsideration motion is complete, no later than September 1, 2025. Defendant may respond to Plaintiff's supplemental brief no later than September 8, 2025. Each supplemental of the briefs remain limited to five (5) pages of argument.

DATED this 19th day of August 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk