**HONORABLE JOHN C. COUGHENOUR**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ESURANCE INSURANCE COMPANY, a foreign insurance company, and JOHN DOE CORPORATION, a foreign corporation. <br><br> Defendants. | Case No. 2:24-cv-00447-JCC <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO SEAL** <br><br> NOTE ON MOTION CALENDAR: September  17 , 2025 |

THIS MATTER, having come before the undersigned Judge in the above-captioned Court, on the Parties' Joint Motion to Seal, and the Court having considered the documents on file for this case.

IT IS ORDERED that the Parties' Joint Motion to Seal is GRANTED. The Court finds that the Parties have shown a "compelling interest" to seal Exhibit 19 to Dkt. 63, and Exhibits 1, 4, 5, and 33 to Dkt. 71.

//

//

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO SEAL
**Case No. 2:24-cv-00447-JCC**
Page 1 of 2

**CASCADE LAW PLLC**
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

1    DATED THIS ___17th___ day of __September__, 2025.

2

3                                    _/s/ John C. Coughenour_____

4                                    HONORABLE JOHN C. COUGHENOUR

5

6  Presented By:

7  CASCADE LAW PLLC                          WILLIAMS, KASTNER & GIBBS PLLC

8

9  s/ Joseph W. Moore
   Joseph W. Moore, WSBA No. 44061           Eliot M. Harris, WSBA # 36590
10 2707 Colby Ave, Suite 1420                Jennifer E. Aragon, WSBA #45270
   Everett, WA 98201                         601 Union Street, Suite 4100
11 P (425) 998-8999                          Seattle, WA 98101-2380
   joseph@cascade.law                        Tel: (206) 628-6600
12 *Attorney for Plaintiff*                  eharris@williamskastner.com
                                             jaragon@williamskastner.com
13                                           *Attorneys for Defendant Esurance Insurance*
                                             *Company*
14

15 GRELISH LAW PLLC                          Wells Trumbull, PLLC
   d/b/a KAG LAW GROUP PLLC
16

17 Kristine A. Grelish, WSBA No. 37175       Joshua B. Trumbull, WSBA No. 40992
   1606 148th Avenue SE, Suite 200           106 E. Gilman Ave
18 Bellevue, WA 98007                        Arlington, WA 98223
   Tel: 206-257-6555                         P: (360) 435-1663
19 kristine@grelishlaw.com                   josh@wellstrumbull.com
   *Attorney for Plaintiff*                  *Attorney for Plaintiff*
20

21

22

23

24

25