THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, | CASE NO. C24-0447-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ESURANCE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On September 17, 2025, Plaintiff filed a joint motion to seal certain materials containing personal identifying information which the parties submitted in support of their summary judgment motions. (*See* Dkt. No. 102.) The Court granted the motion to seal shortly thereafter, (*see* Dkt. No. 103), and then sealed the requested items, (Dkt. Nos. 63-19, 71-1, 71-4, 71-5, 71-33). It also sealed Exhibit 26 to the declaration of Jennifer Aragon, (Dkt. No. 87-5), as it (like the others) contains personal identifying information. The parties are thus DIRECTED, within the next 3 days, to file redacted versions of the now sealed materials noted above. Further, the parties are ***reminded*** of their obligation(s) pursuant to the Local Civil Rules, to redact personal identifying information. *See* LCR 5.2. I

In light of the actions to date, and the direction above, Plaintiff's motion to strike

Defendant's now sealed unredacted submissions, (Dkt. No. 99 at 2), is moot. The Court will not render a further decision on this request (but admonishes Defendant to be more attentive going forward).

DATED this 18th day of September 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
