THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, | CASE NO. C24-0447-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ESURANCE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's LCR 7(h) motion (Dkt. No. 108). Defendant asks the Court to reconsider the exclusion of testimony from Defense expert Lola Hogan, namely Defendant seeks to narrow the exclusion to just those opinions consisting of legal conclusion(s). (*See generally id.*) Plaintiff may file a response to Defendant's reconsideration motion no later than October 17, 2025. The response should not exceed five (5) pages (excluding the certificate of service). Defendant may file a reply by October 21, 2025, not to exceed three (3) pages.

//

//

//

MINUTE ORDER
C24-0447-JCC
PAGE - 1

DATED this 14th day of October 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk