THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG,<br><br>                    Plaintiff,<br><br>        v.<br><br>ESURANCE INSURANCE COMPANY, *et al.*,<br><br>                    Defendants. | CASE NO. C24-0447-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's LCR 7(h) motion for reconsideration (Dkt. No. 111) of the Court's order regarding applicable offsets to the arbitration award (Dkt. No. 107). Defendant may file a response to Plaintiff's reconsideration motion (Dkt. No. 111) no later than October 24, 2025. The response should not exceed six (6) pages of argument. Plaintiff may file a reply by October 29, 2025, not to exceed three (3) pages of argument.

DATED this 16th day of October 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0447-JCC
PAGE - 1