THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, | CASE NO. C24-0447-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ESURANCE INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 123). The parties so moved, after the Court informed them that that the previously established trial date of November 17, 2025, was no longer available. After conferring with the parties, the Court hereby **RESETS** trial in this matter **to commence on June 15, 2026**.[1] Related deadlines are as follows:

---

[1] This case is one of several set for trial on this date. Counsel must be prepared to commence trial as scheduled but also be aware that the trial may have to be continued again, although the Court will endeavor, if possible, to proceed with trial in *this* matter on *this* date. Counsel are directed to contact Courtroom Deputy Kadya Peter at kadya_peter@wawd.uscourts.gov two to four weeks in advance of the trial date to inquire about the Court's calendar.

MINUTE ORDER
C24-0447-JCC
PAGE - 1

| Event | New Deadline |
|---|---|
| Motions *in Limine* | May 27, 2026 |
| Proposed Pretrial Order | June 1, 2026 |
| Proposed verdict forms, *voir dire*, and jury instructions | June 3, 2026 |
| Trial briefs | June 8, 2026 |

*See, e.g.*, LCRs 7(d)(5), 16, 47, and 51(e), along with the Court's chambers procedures (*available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures) for further instructions regarding these submissions.

DATED this 21st day of November 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk