HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign insurance company, and JOHN DOE CORPORATION, a foreign corporation,<br><br>    Defendant. | CASE NO. 2:24-cv-00447-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING ADDITIONAL TIME TO CONDUCT DISCOVERY ALLOWED PER DKT. 133<br><br>NOTE ON MOTION CALENDAR: 12/16/25 |

THIS MATTER, having come before the Court on the Stipulated Motion for Additional Time to Conduct Discovery Allowed per Dkt 133, and the Court having considered the Stipulated Motion and being fully advised, the Court finds and rules as follows:

IT IS HEREBY ORDERED and GRANTED as follows: The Parties request for additional time to conduct the discovery allowed per Dkt 133 is GRANTED; the deadline to complete the additional discovery permitted per Dkt. 133 is extended as follows: February 6, 2026 to complete document review and February 13, 2026 to complete the deposition.

//

//

//

[~~PROPOSED~~] ORDER GRANTING ADDITIONAL TIME TO CONDUCT DISCOVERY ALLOWED PER DKT 133 - 1
(2:44-cv-00447-JCC)

GRELISH LAW PLLC*
1606 148th Ave SE, Suite 200
Bellevue, WA 98007
T: (206) 257-6555
F: (206) 458-6063
*GRELISH LAW PLLC is a dba of KAG LAW GROUP PLLC

4913-5891-7649.1

DATED: 16th day of December, 2025.

*signature: John C. Coughenour*

_____
John C. Coughenour
United States District Judge

Presented by:

*s/Kristine A. Grelish*_____
Kristine A. Grelish, WSBA No. 37175
GRELISH LAW PLLC
1606 148th Avenue SE, Suite 200
Bellevue, WA 98007
(206) 257-6555
kristine@grelishlaw.com


s/ Joseph Moore_____
Joseph W. Moore, WSBA No. 44061
CASCADE LAW, PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
(425) 998-8999
joseph@cascade.law

s/ Joshua Trumbull_____
Joshua B. Trumbull, WSBA No. 40992
WELLS TRUMBULL, PLLC
106 E. Gilman Ave
Arlington, WA 98223
josh@wellstrumbull.com
***Attorneys for Plaintiff***

s/ Eliot Harris_____
Eliot M. Harris, WSBA #36590

[~~PROPOSED~~] ORDER GRANTING ADDITIONAL TIME TO CONDUCT DISCOVERY ALLOWED PER DKT 133 - 2
(2:44-cv-00447-JCC)

GRELISH LAW PLLC*
1606 148th Ave SE, Suite 200
Bellevue, WA 98007
T: (206) 257-6555
F: (206) 458-6063
*GRELISH LAW PLLC is a dba of KAG LAW GROUP PLLC

4913-5891-7649.1

1 | Jennifer E. Aragon, WSBA # 45270
2 | WILLIAMS, KASTNER & GIBBS PLLC
  | 601 Union Street, Suite 4000
3 | Seattle, WA 98101-2380
  | Telephone: (206) 628-6600
4 | eharris@williamskastner.com
  | jaragon@williamskastner.com
5 | ***Attorneys for Defendants Esurance Insurance Company***

[~~PROPOSED~~] ORDER GRANTING ADDITIONAL TIME TO CONDUCT DISCOVERY ALLOWED PER DKT 133 - 3 (2:44-cv-00447-JCC)

GRELISH LAW PLLC*
1606 148th Ave SE, Suite 200
Bellevue, WA 98007
T: (206) 257-6555
F: (206) 458-6063
*GRELISH LAW PLLC is a dba of KAG LAW GROUP PLLC

4913-5891-7649.1