HON. JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>ESURANCE INSURANCE COMPANY, a foreign insurance company, and JOHN DOE CORPORATION, a foreign corporation,<br><br>      Defendants. | NO. 2:24-cv-00447-JCC<br><br>[~~proposed~~] **ORDER GRANTING STIPULATED MOTION FOR ADDITIONAL TIME TO CONDUCT DISCOVERY ALLOWED PER DKT. 135**<br><br>NOTE ON MOTION CALENDAR:<br>February 3, 2026 |

THIS MATTER, having come before the Court on the Stipulated Motion (**Dkt 136**) for Additional Time to Conduct Discovery Allowed per Dkt 133, and the Court having considered the Stipulated Motion and being fully advised, the Court finds and rules as follows:

IT IS HEREBY ORDERED and GRANTED as follows: The Parties request for additional time to conduct the discovery allowed per Dkt 133 is GRANTED; the deadline to complete the additional discovery permitted per Dkt. 133 is extended as follows: February 27, 2026, to complete the document review and March 6, 2026, to complete the deposition.

//

//

[~~proposed~~] ORDER GRANTING STIPULATED MOTION FOR
ADDITIONAL TIME TO CONDUCT
DISCOVERY ALLOWED PER DKT. 135- 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4921-1348-9548.1

DATED THIS 3rd day of February, 2026.

John C. Coughenour
United States District Judge

Presented by:

s/ Eliot M. Harris
Eliot M. Harris, WSBA # 36590
Jennifer E. Aragon, WSBA #45270
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:    (206) 628-6600
Fax:    (206) 628-6611
Email: eharris@williamskastner.com
          jaragon@williamskastner.com

***Attorneys for Defendants Esurance Insurance Company***

s/ Kristine A. Grelish
Kristine A. Grelish, WSBA #37175
**GRELISH LAW PLLC d/b/a KAG LAW GROUP PLLC**
1606 148th Avenue SE, Suite 200
Bellevue, WA  98007
Tel:    206-257-6555
Fax:    206-458-6063
Email: kristine@grelishlaw.com
Toni Deck, Paralegal:  admin@grelishlaw.com

Joseph W. Moore, WSBA #44061
**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, WA  98201
Tel:  425-998-8999
Email:  joseph@cascade.law
Kaia Hrachovec: kaia@cascade.law

Joshua B. Trumbull, WSBA #40992
**WELLS TRUMBULL, PLLC**
106 E. Gilman Ave
Arlington, WA 98223
Tel: (360) 435-1663
Fax: (360) 474-9751
Email: josh@wellstrumbull.com

[proposed] ORDER GRANTING STIPULATED MOTION FOR
ADDITIONAL TIME TO CONDUCT
DISCOVERY ALLOWED PER DKT. 135- 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4921-1348-9548.1

Ashley Brogan: ashley@wellstrumbull.com

***Attorneys for Plaintiff Linh Wang***

[proposed] ORDER GRANTING STIPULATED MOTION FOR
ADDITIONAL TIME TO CONDUCT
DISCOVERY ALLOWED PER DKT. 135- 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4000
Seattle, WA 98101-2380
(206) 628-6600

4921-1348-9548.1