THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG,<br><br>Plaintiff,<br>v.<br><br>ESURANCE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C24-0447-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On October 1, 2026, Plaintiff moved for a protective order, noting it as a 14-day motion in accordance with LCR 7(d)(2). (*See* Dkt. No. 146.) In light of the urgency of the request—Plaintiff's attempt to bar Defendant's perpetuation deposition of its expert noticed for October 14, 2026—the Court deems expedited briefing warranted. Thus, the Court DIRECTS Defendant to lodge its response brief to Plaintiff's motion (Dkt. No. 146) no later than October 7, 2026, and Plaintiff to lodge any reply brief no later than October 9, 2026. The Clerk shall RENOTE Plaintiff's motion (Dkt. No. 146) to October 9, 2026.

//

//

//

DATED this 2nd day of October 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk