**HONORABLE JOHN C. COUGHENOUR**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign insurance company, and JOHN DOE CORPORATION, a foreign corporation,<br><br>Defendants. | No. 2:24-cv-00447-JCC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION REGARDING PAGE LIMITATION FOR MOTIONS *IN LIMINE***<br><br>[~~PROPOSED~~] |

THIS MATTER has come before the Court on the Plaintiff's Motion Regarding Page Limitations for Motions *in Limine* (**Dkt. No. 149**). The Court reviewed the pleadings submitted. Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. Plaintiff's Motion Regarding Page Limitations for Motions *in Limine* is GRANTED; and

2. The page limitation for the joint brief is modified to thirty-two (32) pages with each party contributing no more than sixteen (16) pages of total text;

//

//

//



**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

DONE this 7th day of October 2026.



HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

CASCADE LAW PLLC

s/Joseph W. Moore
Joseph W. Moore, WSBA No. 44061
Attorney for Plaintiff



**CASCADE LAW PLLC**
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law