THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINH WANG,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C24-0447-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In light of the Court's trial calendar and party availability, the Court **continues trial to June 1, 2027**, and RESETS remaining deadlines as follows:

| **Event** | **New Deadline** |
|---|---|
| Proposed Pretrial Order | May 14, 2027 |
| Proposed verdict forms, *voir dire*, and jury instructions | May 17, 2027 |
| Trial briefs | May 21, 2027 |

*See, e.g.*, LCRs 7(d)(5), 16, 47, and 51(e), along with the Court's chambers procedures

(*available at* https://www.wawd.uscourts.gov/judges/coughenour-procedures) for further instructions regarding these submissions.

DATED this 13th day of October 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk